

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER

Appellate case name:        Nikolette Ledesma and Elsa Estrada v. City of Houston

Appellate case number:    01-19-00034-CV

Trial court case number:   2017-84026

Trial court:                       270th District Court of Harris County

　　　　The Court **orders** the parties to file supplemental briefs **by March 5, 2020**. *See St. John Missionary Baptist Church v. Flake*, No. 18-0513, 2020 WL 593694, at *2, 4 (Tex. Feb. 7, 2020); TEX. R. APP. P. 38.9. The Court requests the parties to address the following issue:

　　　　If this Court decides to affirm summary judgment in favor of appellee, the City of Houston, do appellants, Nikolette Ledesma and Elsa Estrada, have any legal claim against Houston Police Department Officer Miranda Martinez aka Miraida Suarez?

　　　　It is so ORDERED.

Judge's signature:    　/s/　Evelyn V. Keyes　　　　　　　　　
　　　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: February 13, 2020